JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Nalle, et al, <br><br> Plaintiff, <br><br> v. <br><br> Massachusetts Mutual Life Insurance Company, et al. <br><br> Defendant. | Case No. 2:21-cv-05537-FLA (Ex) <br><br> ORDER DISMISSING CIVIL ACTION |

In light of the Plaintiff's Notice of Settlement, the court orders the action dismissed without prejudice. The court retains jurisdiction to vacate this Order and to reopen the action within forty-five days from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 45-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects

the process to be concluded.  This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the court.  Such stipulation shall be filed within the aforementioned 45-day period, or by such later date ordered by the court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above. All pending dates and deadlines are hereby vacated.

1. Defendant Lifecare Assurance Company's Motion to Dismiss Plaintiffs' Amended Complaint, (Dkt. [19]), is DENIED as moot.

2. Plaintiff Chirstie Nalle, William Nalle's Motion to Remand Case (Dkt. [15]), is DENIED as moot.

**IT IS SO ORDERED.**

Dated: July 19, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge